# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5090** | **September Term, 2025** |
| | **1:14-cv-01523-RCL** |
| | **Filed On: September 4, 2025** [2133463] |

Brittany Montrois, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,

      Appellants

    v.

United States of America,

      Appellee

------------------------------

Consolidated with 25-5192

## O R D E R

    Upon consideration of appellants' unopposed motion to extend the briefing schedule pending mediation, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | October 14, 2025 |
| Appendix | October 14, 2025 |
| Appellees' & Cross-Appellants' Brief | November 13, 2025 |
| Appellants' Reply & Cross-Appellees' Brief | December 15, 2025 |
| Cross-Appellants' Reply Brief | January 5, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk