No. 25-5090

# In the United States Court of Appeals for the District of Columbia Circuit

_____

BRITTANY MONTROIS, ET AL.
*Plaintiffs-Appellees,*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellant.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CASE NO. 1:14-CV-01523-RCL (HON. ROYCE C. LAMBERTH)

_____

**PLAINTIFFS-APPELLANTS' MOTION TO EXCEED WORD LIMIT WITH RESPECT TO REPLY BRIEF FILED ON DECEMBER 2, 2025**

/s/*Allen Buckley*
ALLEN BUCKLEY
ALLEN BUCKLEY LLC
Suite C-2000
2900 Paces Ferry Road
Atlanta, GA 30339
(404) 610-1936
ab@allenbuckleylaw.com
Co-counsel for Appellants

Based on a review of the Circuit Rules of the U.S. Court of Appeals for the D.C. Circuit and a call with a clerk, under Rule 27(d), the word limit for the reply brief likely is 2,600 words. However, to fully explain why the Supplemental Brief is necessary, more than 2,600 words are needed. The undersigned drafted the reply brief to be as succinct as possible. Undersigned counsel for Appellant return preparers motions the Court to allow the word limit to be exceeded. Undersigned inquired of counsel for the Internal Revenue Service whether they were agreeable to this motion. They were not agreeable.

December 2, 2025

/s/*Allen Buckley*
ALLEN BUCKLEY
ALLEN BUCKLEY LLC
Suite C-2000
2900 Paces Ferry Road
Atlanta, GA 30339
(404) 610-1936
ab@allenbuckleylaw.com
Co-counsel to Appellants

**CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)**

      I hereby certify that my word processing program, Microsoft Word, counted 103 words in the foregoing **PLAINTIFFS-APPELLANTS' MOTION TO EXCEED WORD LIMIT WITH RESPECT TO REPLY BRIEF FILED ON DECEMBER 2, 2025** exclusive of the portions excluded by Rule 32(g)(1). The font is Baskerville Old Face 14.

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellee CM/ECF system.

*/s/Allen Buckley*
Allen Buckley