IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| BRITTANY MONTROIS, DAVID L. RUHM, as personal representative for the Estate of Adam Steele, and JOSEPH HENCHMAN, | ) ) ) ) ) ) | |
| Plaintiffs-Appellants/Cross-Appellees | ) ) | No. 25-5090 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant-Appellee/Cross-Appellant | ) ) | |

**UNITED STATES' OPPOSITION TO
MR. BUCKLEY'S MOTION TO RECONSIDER**

This is a class action lawsuit in which the three named plaintiffs filed an opening brief that listed class counsel Motley Rice LLP and co-counsel Allen Buckley in the signature block. A day later, Mr. Buckley filed a motion for leave to file a supplemental opening brief, which listed only himself in the signature block. This Court denied Mr. Buckley's motion because it concluded that permitting his supplemental brief would "allow [him] to effectively override the litigation decisions of duly

appointed class counsel." (Order 1.) Mr. Buckley now moves for reconsideration. As discussed below, that motion should be denied.

Motions to reconsider are "an extraordinary remedy which should be used sparingly." *Mohammadi v. Islamic Republic of Iran*, 782 F.3d 9, 17 (D.C. Cir. 2015). Mr. Buckley's motion does not come close to clearing this high bar. To the contrary, his only attempt to grapple with this Court's reasoning is his averment that "I believe that I am part of class counsel." (Memo. in Supp. of Reconsid. 2.) While we do not question the sincerity of Mr. Buckley's belief, it cannot be reconciled with the District Court's order appointing Motley Rice as class counsel (Order, pp. 2-3 (Doc. 38)), its order denying Mr. Buckley's renewed motion to be appointed class counsel (Memo. Opin., p. 10 (Doc. 226)), and its refusal to consider Mr. Buckley's solo filings where "there [was] no indication on the docket that class counsel agree[d]" to the positions taken therein. (*Id.* at p. 11 n.5.)

The remainder of Mr. Buckley's motion focuses on whether it was improper for him to raise new arguments for the first time in the reply in support of his motion for leave to file a supplemental opening brief. (Memo. in Supp. of Reconsid. 1-2.) This Court did not abuse its

discretion in holding that it was.  *See Mohammadi*, 782 F.3d at 17 (ruling on motion to reconsider reviewed for abuse of discretion).  In any event, nothing in Mr. Buckley's reply brief disturbs the reasoning employed by this Court in denying his motion for leave to file a supplemental brief.

        Respectfully submitted,

        */s/ Geoffrey J. Klimas*

        GEOFFREY J. KLIMAS      (202) 307-6346
         *Attorney, Tax Litigation Branch*
         *Civil Division, U.S. Department of Justice*
         *Post Office Box 502, Washington, D.C. 20044*

Dated:  December 22, 2025

# CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

    1.  This response complies with the type-volume limitation of Fed. R. App. P. 27(d) because:

        [X]  this response contains <u>409</u> words, excluding the parts thereof exempted by Fed. R. App. P. 32(a)(7)(B)(iii), *or*

        [ ]  this response uses a monospaced typeface and contains [*state the number of*] lines of text, excluding the parts thereof exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

    2.  This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

        [X]  this response has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Century Schoolbook, *or*

        [ ]  this response has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

(s) <u>  /s/ Geoffrey J. Klimas      </u>

Attorney for <u>the Defendant-Appellee/Cross-Appellant     </u>

Dated: <u>December 22, 2025      </u>