No. 25-5090                                              September Term, 2025

1:14-cv-01523-RCL

Filed On: January 15, 2026 [2154421]

Brittany Montrois, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,

       Appellants

     v.

United States of America,

       Appellee

------------------------------

Consolidated with 25-5192

# **O R D E R**

Upon consideration of the United States' unopposed motion for a 30-day extension of time to file its principal brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellees' & Cross-Appellants' Brief | February 23, 2026 |
| Appellants' Reply & Cross-Appellees' Brief | March 25, 2026 |
| Cross-Appellants' Reply Brief | April 15, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk