# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 25-5090 September Term, 2025

1:14-cv-01523-RCL

Filed On: January 22, 2026

Brittany Montrois, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,

    Appellants

    v.

United States of America,

    Appellee

------------------------------

Consolidated with 25-5192

**BEFORE:** Rao, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration of the court's order filed December 11, 2025, and the opposition thereto, it is

**ORDERED** that the motion for reconsideration be denied. Counsel has not shown that reconsideration is warranted.

**Per Curiam**

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:  /s/
          Selena R. Gancasz
          Deputy Clerk