**No. 25-5090, 25-5192**

# In the United States Court of Appeals for the District of Columbia Circuit

———————————

BRITTANY MONTROIS, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,
*Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee.*

———————————

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:14-cv-01523-RCL (The Hon. Royce C. Lamberth)

---

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE APPELLANTS' REPLY AND CROSS-APPELLEE BRIEF

---

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676

MEGHAN S.B. OLIVER
CHARLOTTE LOPER
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000

DEEPAK GUPTA
JONATHAN E. TAYLOR
ALISA C. PHILO
GUPTA WESSLER LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*
*alisap@guptawessler.com*

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083

March 30, 2026                    *Counsel for Plaintiffs-Appellants*

The plaintiffs-appellants and cross-appellees, Brittany Montrois, et al., respectfully request that the current briefing schedule in these appeals be extended by an additional 14 days. Their reply and cross-appellee brief, which is currently due April 6, 2026, would be due April 20, 2026, if this request were granted. Counsel for the defendant-appellee and cross-appellant has informed us that they consent to this request. This is the first request for an extension of time for this brief.

Lead appellate counsel for the plaintiffs-appellants and cross-appellees, Deepak Gupta and Jonathan E. Taylor, have had, and will have, an inordinate number of pressing obligations that have taken up, and will continue to take up, substantial time during this month and next month. That will make it difficult for them to properly prepare the reply brief absent the requested extension—particularly given that the defendant-appellee and cross-appellant has raised three new issues in its cross-appeal that were not raised in the plaintiffs-appellants' opening brief.

Specifically, Mr. Gupta and Mr. Taylor have had, or will have, the following deadlines this month or next month:

- A petition for writ of certiorari filed in the Supreme Court of the United States in *Ethridge v. Samsung*, No. 25-1106, on March 16;

- An opening brief due in the California Court of Appeal in *Sjobring v. First American Title Co.*, No. B347938, on March 31;

1

- An amicus brief due in the Supreme Court of the United States in *Monsanto Co. v. Durnell*, No. 24-1068, on April 1;

- An opening brief due in the U.S. Court of Appeals for the Fourth Circuit in *Does v. Mindgeek*, No. 25-2411, on April 6;

- A reply brief due in the U.S. Court of Appeals for the Tenth Circuit in *Shaffer v. Toyota*, No. 25-6115, on April 13; and

- An opening merits brief due in the Supreme Court of the United States in *Anderson v. Intel*, No. 25-498, on April 13.

For the foregoing reasons, the plaintiffs-appellants and cross-appellees respectfully request a 14-day extension of time to the briefing schedule, such that their reply and cross-appellee brief would be due April 20, 2026.

Respectfully submitted,
*/s/ Jonathan E. Taylor*
DEEPAK GUPTA
JONATHAN E. TAYLOR
ALISA C. PHILO
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*
*alisap@guptawessler.com*

2

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE LOPER
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cloper@motleyrice.com*

ALLEN BUCKLEY
LAW OFFICE OF ALLEN BUCKLEY
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA 30339
(678) 217-4083
*ab@allenbuckleylaw.com*

March 30, 2026                              *Counsel for Plaintiffs-Appellants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor