# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5090**

**September Term, 2025**

**1:14-cv-01523-RCL**

**Filed On: May 8, 2026** [2172517]

Brittany Montrois, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,

      Appellants

    v.

United States of America,

      Appellee

------------------------------

Consolidated with 25-5192

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on April 9, 2026, be suspended pending further order of the court.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

    BY:    /s/
            Laura M. Morgan
            Deputy Clerk