# In the United States Court of Appeals for the District of Columbia Circuit

BRITTANY MONTROIS, Class of More Than 700,000 Similarly
Situated Individuals and Businesses, et al.,
*Plaintiffs-Appellants/Cross-Appellees,*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee/Cross-Appellant.*

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:14-cv-01523-RCL (The Hon. Royce C. Lamberth)

## REPLY IN SUPPORT OF CLASS COUNSEL'S MOTION TO STRIKE UNAUTHORIZED BRIEF

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE DOUGHERTY
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000

DEEPAK GUPTA
JONATHAN E. TAYLOR
ALISA C. PHILO
GUPTA WESSLER LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741

VARSHINI PARTHASARATHY
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336

May 22, 2026

*Counsel for Plaintiffs-Appellants/Cross-Appellees and the Class*

In his response to the motion to strike, Mr. Buckley acknowledges (at 17) that he has "gone rogue" and makes little attempt to defend the propriety of doing so— a matter that has been repeatedly decided against him. *See Steele v. United States*, 657 F. Supp. 3d 23, 33 (D.D.C. 2023) (detailing Mr. Buckley's determination to "go rogue" as "class-counsel-in-exile"). Consistent with this Court's prior admonition that Mr. Buckley may not make filings of his own that "effectively override the litigation decisions of duly appointed class counsel," Order Denying Mot. to File Suppl. Br. at 1–2 (Dec. 11, 2025), Mr. Buckley's unauthorized brief should be stricken from the record.

Mr. Buckley's response should be stricken, too. On nearly every page, it contains attorney work product and attorney-client privileged communications in violation of the ethical rules of practice. In a prior appeal in this case, this Court granted an emergency motion to seal materials filed by Mr. Buckley that contained work product and privileged communications. *See* Mar. 1, 2019 Order, *Montrois v. United States*, No. 17-5204 (D.C. Cir.). As before, Mr. Buckley does not have authority to waive this privilege on behalf of all the class representatives or the certified class. This time, however, the appointed class representatives specifically informed Mr. Buckley that they refused to waive the privilege to allow his filing, and class counsel specifically requested that he not include the privileged material. Regrettably, Mr. Buckley remains undeterred.

We therefore respectfully request that the motion to strike be granted and that Mr. Buckley's unauthorized brief, as well as his response to the motion to strike, be stricken from the record.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ William H. Narwold*

WILLIAM H. NARWOLD
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676
*bnarwold@motleyrice.com*

MEGHAN S.B. OLIVER
CHARLOTTE DOUGHERTY
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
*moliver@motleyrice.com*
*cdougherty@motleyrice.com*

*Counsel for Plaintiffs-Appellants/*
*Cross-Appellees and the Class*

</div>

DEEPAK GUPTA
JONATHAN E. TAYLOR
ALISA C. PHILO
GUPTA WESSLER LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*
*alisap@guptawessler.com*

VARSHINI PARTHASARATHY
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
*varshini@guptawessler.com*

May 22, 2026

**CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)**

I hereby certify that my word processing program, Microsoft Word, counted 272 words in the foregoing motion, exclusive of the portions excluded by Rule 32(f). The document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in proportionally spaced typeface in 14-point Baskerville font.

May 22, 2026

*/s/ William H. Narwold*
William H. Narwold

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

/s/ William H. Narwold

William H. Narwold